Viacom Outdoor, Inc., Appellant, v Wixon Jewelers, Inc., Respondent. [919 NYS2d 151]—

Plaintiff's failure to provide a working tri-vision billboard constituted a material breach of the parties' contracts; thus, defendant was excused from performing its contractual payment obligations (*NAS Elecs., Inc. v Transtech Elecs. PTE Ltd.*, 262 F Supp 2d 134, 145 [SD NY 2003]). Plaintiff's unequivocal statement that it was going to convert the tri-vision billboard to a standard billboard, making clear that it did not intend to perform under the parties' 2005 and 2006 contracts, constituted an anticipatory breach of those contracts (*see Rachmani Corp. v 9 E. 96th St. Apt. Corp.*, 211 AD2d 262, 266-267 [1995]).

However, since defendant failed to present any evidence of damages resulting from the breach, it should not have been awarded any damages; indeed, the counterclaim should have been dismissed (*Lexington 360 Assoc. v First Union Natl. Bank of N. Carolina*, 234 AD2d 187, 190 [1996]; *StoreRunner Network, Inc. v CBS Corp.*, 8 AD3d 127, 128 [2004]).

We have considered plaintiff's remaining contentions and find them without merit. Concur—Gonzalez, P.J., Catterson, Richter, Abdus-Salaam and Román, JJ.